**ORIGINAL**

KAREN P. HEWITT
United States Attorney
ANDREW G. SCHOPLER
Assistant U.S. Attorney
California State Bar No. 236585
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
Email: Andrew.Schopler@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
08 JAN 16 AM 11:02

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA...

BY: PDL   DEPUTY

Unsealed on 01-17-08

~~ORDERED SEALED BY COURT~~

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

08 MJ 0122

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>Premises Known As:<br>3670 Highland Avenue<br>San Diego, California 92105 | Magistrate No. _____<br><br>**MOTION AND ORDER TO FILE SEARCH WARRANT, APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT UNDER SEAL AND ORDER THEREON** |

The United States, by and through its counsel, KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney, respectfully applies to this Honorable Court for an Order sealing the search warrant and accompanying application and affidavit for search warrant in the above-captioned matter until further notice, except for a copy which shall be left at the premises where the property is located.

DATED: January 15, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Andrew G. Schopler
ANDREW G. SCHOPLER
Assistant U.S. Attorney

ORIGINAL

**ORDERED SEALED BY COURT**

FILED
08 JAN 16 AM 11:02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

'08 MJ 0122

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | Magistrate No. _____ |
| ) | |
| Premises Known As: ) | **ORDER SEALING SEARCH WARRANT,** |
| 3670 Highland Avenue ) | **APPLICATION AND AFFIDAVIT FOR** |
| San Diego, California 92105 ) | **SEARCH WARRANT** |
| ) | |

Upon application of the UNITED STATES, and good cause appearing,

IT IS ORDERED that the search warrant and accompanying application and affidavit for search warrant, and this order be sealed until further order of the Court.

IT IS FURTHER ORDERED that a copy of the search warrant may be left at the place to be searched.

IT IS SO ORDERED.

DATED: 1-15-08

HONORABLE NITA L. STORMES
United States Magistrate Judge