**ORIGINAL**

KAREN P. HEWITT
United States Attorney
ANDREW G. SCHOPLER
Assistant U.S. Attorney
California State Bar No. 236585
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
Email: Andrew.Schopler@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED

2008 JAN 17 AM 10: 51

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:     )     Magistrate No. 08MJ0122
                                    )
Premises Known As:                  )     **MOTION TO UNSEAL SEARCH**
3670 Highland Avenue                )     **WARRANT AND APPLICATION AND**
San Diego, California 92105         )     **AFFIDAVIT FOR SEARCH WARRANT**
                                    )     **AND ORDER THEREON**
_____)

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney, and moves this Court for an order unsealing the search warrant and accompanying application and affidavit for search warrant previously filed in the above-captioned matter on January 16, 2008, for the purpose of producing said documents as discovery to defense counsels in the near future.

DATED: January 16, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

ANDREW G. SCHOPLER
Assistant U.S. Attorney

ORIGINAL

FILED
2008 JAN 17 AM 10: 51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: )<br>)<br>Premises Known As: )<br>3670 Highland Avenue )<br>San Diego, California 92105 )<br>_____) | Magistrate No. 08MJ0122<br><br>**ORDER UNSEALING SEARCH WARRANT AND APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT** |

Upon application of the UNITED STATES OF AMERICA, based on the attached motion, and good cause appearing,

IT IS HEREBY ORDERED that the search warrant and accompanying application and affidavit for search warrant, previously filed in the above-captioned matter on January 16, 2008, be unsealed.

IT IS SO ORDERED.

DATED: 1-16-08

HONORABLE NITA L. STORMES
United States Magistrate Judge

2