ORIGINAL

~~ORDERED SEALED BY COURT~~ UNSEALED AS OF 1/16/08

AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FILED 08 JAN 23 PM 4: 13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDC   DEPUTY

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

Premises Known As:
3670 Highland Avenue
San Diego, California 92105

**SEARCH WARRANT**

CASE NUMBER: 08 MJ 0122

TO: <u>Federal Bureau of Investigation</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Robert A. Harris</u> who has reason to
Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the _____ Southern District of California _____ there is now concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before <u>1-25-08</u>
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~, and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to <u>Nita L. Stormes</u>
as required by law.
U.S. Judge or Magistrate

<u>1-15-08 @ 4:05 pm</u> at <u>San Diego, California</u>
Date and Time Issued           City and State

Nita L. Stormes, Magistrate Judge
Name and Title of Judicial Officer           Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched)

Premises Known As:
3670 Highland Avenue
San Diego, California 92105

**SEARCH WARRANT**

CASE NUMBER:

TO: <u>Federal Bureau of Investigation</u>   and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>    Special Agent Robert A. Harris    </u> who has reason to
                                                             Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the _____ Southern District of <u>California</u> _____ there is now
concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before <u>   1-25-08   </u>
                                                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to <u>         Nita L. Stormes         </u>
as required by law.                                                                       U.S. Judge or Magistrate

<u>1-15-08 @ 4:05 pm</u>   at   San Diego, California
Date and Time Issued                   City and State

Nita L. Stormes, Magistrate Judge                        [signature]
Name and Title of Judicial Officer                       Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 01/15/2008 | 01/16/2008 0601 | CAMERINO GALVAN |

INVENTORY MADE IN THE PRESENCE OF
PETER CASEY

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE FD-597.

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

Subcribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate

1-22-08
Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-48640

On (date) 01/16/2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Camerino GALVAN
(Street Address) 3670 Highland Ave.
(City) SAN DIEGO, CA 92105

Description of Item(s): Seized from Room A - Living Room

Item 1:
- INVOICE NOTEPAD containing Gardening Service receipts
- Victim Compensation Program
- 1 unopened Syringe 3mL
- 1 dose Heparin (expired)

Item 2 - TOY HANDGUN

Item 3 - PIONEX CPU   Ser. # 520206711

Item 6 Seized Room B - Dining Room
- Miscellaneous Documents

Received By: Camerino Galvan (Signature)  
Received From BY: (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68040

On (date) 01/16/2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☐ Seized

(Name) CAMERINO GALVAN
(Street Address) 3670 Highland Ave
(City) SAN DIEGO, CA 92105

Description of Item(s): Room C - Bedroom 1

Item 4:
From Ernestina Ahumada's purse
→ USD $1094
 $1 - 4
 $5 - 2
 $20 - 39
 $100 - 3

→ USD $3042
 $2 - 1
 $20 - 7
 $50 - 2
 $100 - 28

Item 5:
- cellphone - CRICKET UT STARCOM
 MODEL # CDM7026C
 Serial #: F0734018171

Received By: Camerino Galvan (Signature)
Received From: (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 01/16/2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) CAMERINO GALVAN
(Street Address) 3670 Highland Ave
(City) San Diego CA 92105

Description of Item(s):

From Room F - Bedroom 2

Item 7 - Social Security Card - JOSE GALVAN

Item 8 - Cellphone - T-Mobile - Motorola V330
MSN: D603FJDA19

From Room H - Outside Shed
Item 9 - Cellphone: LG-Verizon ESN 0351507 2934

Item 10 - Phone Number Notebook
Composition Notebook

Received By: _____ (Signature)
Received From: Camerino Galvan (Signature)

## **ATTACHMENT A**

## **THE PREMISES TO BE SEARCHED**

(RESIDENCE OF Jose Galvan RICO, aka "Mija")

The residence at **3670 Highland Avenue, San Diego, California 92105** is further described as follows:

The residence is a one-story peach stucco residence with white trim and an angled roof. The shingles on the roof are dark brown. The front door is behind a white security screen door. The east side of the house is bordered by a half stucco, half white metal bar fence. There is a white metal gate to enter the property. The residence is located to the south of the intersection of Landis Street and Highland Avenue. The house sits of the west curb line of Highland Avenue. The back of residence is surrounded by a fence. There is a dirty white colored shed in the southwest corner of the property. There is either a truck with a cab over camper or a single axle camper in the northwest corner of the property. The camper appears to be in a dilapidated condition and is surrounded by junk. Black numbers, 3670, on white tile background are located on the front of the house centered just under the front patio's roof.

## **ATTACHMENT B**

## **ITEMS TO BE SEIZED**

### (RESIDENCE OF Jose Galvan RICO, aka "Mija")

1. Controlled substances, including but not limited to cocaine base, and paraphernalia for packaging, weighing, cutting, testing, distributing, growing, and identifying controlled substance(s), including baggies, plastic wrapping, scales and other weighing devices.

2. Documents and computer or electronic devices (and their contents) containing data reflecting or memorializing the ordering, possession, purchase, storage, distribution, transportation and sale of controlled substance(s), including buyer lists, seller lists, pay-owe sheets, records of sales, log books, drug ledgers, personal telephone/address books containing the names of purchasers and suppliers of controlled substances, electronic organizers, computer databases, spreadsheets, rolodexes, telephone bills, telephone answering pads, bank and financial records, and storage records, such as storage locker receipts and safety deposit box rental records and keys.

3. Money and assets derived from or to be used in the purchase of controlled substance(s) and records thereof, including U.S. currency, artwork, precious metals and stones, jewelry, negotiable instruments and financial instruments including stocks and bonds, and deeds to real property, books, receipts, records, bank statements and records, business records, money drafts, money order and cashiers check receipts, passbooks, bank checks, safes and records of safety deposit boxes and storage lockers.

4. Weapons, firearms, firearms accessories, and ammunition and documents relating to the purchase and/or possession of such items.

5. Equipment used to detect police activities and surveillance, including radio scanners and tape and wire transmitter detectors.

6. Photographs and electronic images, such as video recordings and tape recordings (and their contents) which document the association with other co-conspirators and/or which depict narcotics, firearms, cash, real property, vehicles or jewelry.

7. Documents and articles of personal property reflecting the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the premises to be searched or property therein, including keys, rental agreements and records, property acquisition records, utility and telephone bills and receipts, photographs, answering machine tape recordings, telephone beeper or paging devices, rolodexes, telephone answering pads, storage records, vehicle and/or vessel records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, canceled checks, and other records of income and expenditure, credit card and bank records, travel documents, personal identification documents, and documents relating to obtaining false identification, including birth certificates, drivers license, immigration cards and other forms of identification in which the same person would use other names and identities other than his or her own.

8. Telephone paging devices, beepers (and their contents), cellular/mobile phones (and their contents), and other communication devices which evidence participation in a conspiracy to possess, manufacture, or distribute controlled substances.

9. Incoming telephone calls while at the premises for execution of this search warrant, including answering the telephone and conversing with callers who appear to be calling in regard to drug sales without revealing the officer's identity. Telephone answering machines or devices, including listening to any recordings on the premises.